**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danuel Correa, | No. CV 11-545-PHX-RCB (MEA) |
| Plaintiff, | **ORDER FOR PAYMENT** |
| vs. | **OF INMATE FILING FEE** |
| Yuma City Police Department, | |
| Defendant. | |

**TO: YUMA COUNTY SHERIFF RALPH E. OGDEN**

Plaintiff Danuel Correa, inmate #272208, who is confined in the Yuma County Detention Center, must pay the statutory filing fee of $350.00. Plaintiff must first pay an initial partial filing fee of $25.93. Thereafter, Plaintiff must incrementally pay the balance of the fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. The Yuma County Sheriff or his designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1) The Yuma County Sheriff or his designee must collect and forward to the Clerk of Court the initial partial filing fee of $25.93. The balance of the $350.00 filing fee must be collected from Plaintiff's trust account in monthly payments of 20% of the preceding month's income credited to the account. Payments must be forwarded to the Clerk of Court

1 each time the amount in the account exceeds $10.00. The payments must be clearly
2 identified by the name and number assigned to this action.

3     (2)    The Yuma County Sheriff or his designee must notify the Clerk of Court in
4 writing when Plaintiff is released or transferred to a correctional institution other than the
5 Yuma County Jail, so new billing arrangements may be made to collect any outstanding
6 balance.

7     (3)    The Clerk of Court must serve by mail a copy of this Order on the Yuma
8 County Sheriff's Office,141 South 3rd Avenue, Yuma, Arizona, 85364.

9     (4)    The Clerk of Court must forward a copy of this Order to Financial
10 Administration for the Phoenix Division of the U.S. District Court for the District of Arizona.
11 Financial Administration must set up an account to receive payments on the filing fee for this
12 action and must notify the Court when the filing fee is paid in full.

13 DATED this 14th day of April, 2011.

_____
Robert C. Broomfield
Senior United States District Judge